IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLEVIS HOLMES,

    Petitioner,

  -vs-                    No. 17-cv-628-DRH

B. TRUE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Writ of Habeas Corpus 28 § 2241 Petition (Doc. 1).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on January 22, 2018 (Doc. 18), this cause of action is **DISMISSED with prejudice**. Judgment is entered in favor of Respondent and against Petitioner.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY: s/*Lisa M. Tidwell*
                                    Deputy Clerk

**APPROVED:**

Judge Herndon
2018.01.24
10:22:01 -06'00'

    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT